





DARK RED
1815





Toddler Tees / Bibs









